IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barry Roth, | No. CV-16-01679-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Medical Data Systems, Inc., | |
| Defendant. | |

No stipulation to dismiss having been filed, in accordance with the Court's January 23, 2017 Order (Doc. 19),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 23rd day of February, 2017.

Honorable Steven P. Logan
United States District Judge